AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00045 |
| Raul Jarrin | ) Assigned To : Faruqui, Zia M. |
|  | ) Assign. Date : 3/1/2022 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Raul Jarrin                             ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☒ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1) and (2) - Remaining in a Restricted Building With Intent to Impede or Disrupt Official Functions
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Disorderly or Disruptive Conduct on the Capitol Grounds, Parading in a Capitol Building.

Date:     03/01/2022

Zia M. Faruqui
2022.03.01 17:06:36
-05'00'

*Issuing officer's signature*

City and state:     Washington, D.C.          Zia M. Faruqui, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/3/22, and the person was arrested on *(date)* 3/8/22
at *(city and state)* Houston, TX.

Date: 3/8/22

*Arresting officer's signature*

Casey Villarreal, FBI Special Agent
*Printed name and title*